# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 13, 2014

Before

FRANK H. EASTERBROOK, *Circuit Judge*

| No.: 14-2051 | IN RE: <br> GLAXOSMITHKLINE LLC, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:12-cv-06403 <br> District Judge James B. Zagel ||

     Upon consideration of the **PETITION FOR WRIT OF MANDAMUS**, filed on May 12, 2014, by counsel for the petitioner,

     **IT IS ORDERED** that plaintiff Wendy Dolin shall file a response to the petition by May 27, 2014.

form name: **c7_Order_3J**(form ID: **177**)